# Order

Michigan Supreme Court
Lansing, Michigan

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150085

RANDY PATTERSON,
          Plaintiff,

v                                                                 SC: 150085
                                                                  AGC:   0031-13

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

_____/

        By order of June 3, 2015, the Attorney Grievance Commission was directed to provide a supplemental response to the complaint for superintending control. On order of the Court, the supplemental response having been received, the complaint for superintending control is again considered, and it is DENIED, because we are not persuaded that it should grant the requested relief.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



Clerk

a0921